# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIFFANY CAHILL, an individual, on behalf of herself,**<br><br>Plaintiff,<br><br>v.<br><br>**TRANSWORLD SYSTEMS, INC.,**<br><br>Defendant. | Case No: 3:16-cv-01818-GPC-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: January 18, 2017

Hon. Gonzalo P. Curiel
United States District Judge